IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                        CAUSE NO.  3:15CR69HTW-FKB-001

SAM WAGGONER

ORDER GRANTING CONTINUANCE

This day this cause came on for hearing upon Motion of the Defendant for a Continuance of the Sentencing of the cause, and the Court having heard and considered the same, does hereby find as follows:

The Court finds that the period of delay resulting from a continuance granted serve the ends of justice and fairness. Furthermore all period of delay shall be counted against the Defendant.

IT IS THEREFORE ORDERED AND ADJUDGED, that the above-styled and numbered causes be and are continued until further order of Court.

SO ORDERED, this the 2nd day of November, 2015.

s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT JUDGE

SUMBITTED AND APPROVED BY:

BY: /s/ Nicholas R. Bain
NICHOLAS R. BAIN,
Attorney for Defendant