UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO.: 3:15cr69-HTW-FKB

SAM WAGGONER

ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION
OF HOME CONFINEMENT

Before this court is the motion of the Defendant Sam Waggoner [doc. no. 36] seeking early termination of home confinement.

This court has reviewed Defendant's Motion for Early Termination of Home Confinement and the Government's Response in opposition, and finds the Motion to be moot because the Defendant has completed his term of imprisonment, including the period of home confinement. Waggoner was transferred to home confinement on May 29, 2020, pursuant to the CARES Act and in response to the coronavirus pandemic. Waggoner was released from Bureau of Prisons (BOP) custody on or about June 10, 2021, at which time he began serving his two- year term of Supervised Release.

If Petitioner is also seeking early termination of Supervised Release, such a request is premature. A defendant under supervised release is not eligible, and may not move for, early termination of his term of supervised release, until he has completed a minimum one year of the term of supervised release. 18 U.S.C. § 3583(e)(1).

For all of the reasons stated, Petitioner's motion **[doc. no. 36]** is denied.

SO ORDERED AND ADJUDGED, this the 11th day of August, 2021.

_____s/ HENRY T. WINGATE_____

UNITED STATES DISTRICT JUDGE